

**ORDERED in the Southern District of Florida on May 30, 2016.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Case No. 16-11659-RAM |
| MARITZA CARIDAD GALCERAN, | Chapter 13 |
| Debtor.<br>_____/ | |

### ORDER GRANTING IN PART AND DENYING
### IN PART MOTION TO DISMISS CASE AND FOR
### *IN REM* RELIEF AS TO REAL PROPERTY LOCATED AT
### 911 CATALONIA AVE., MIAMI, FLORIDA 33134 [ECF NO.29]

**THIS MATTER** came before the Court on May 10, 2016 at 9:00 a.m. upon the Motion to

Dismiss Case and for *In Rem* Relief as to Real Property Located at 911 Catalonia Ave., Miami, Florida

33134 [ECF No. 29] filed by Christiana Trust, a division of Wilmington Savings Fund Society, FSB, not

{38270681;1}

in its individual capacity, but solely as separate trustee for PennyMac Loan Trust 2010-NPLI (**Christiana**), and upon consideration of the motion, it is

**ORDERED** as follows:

1. The Motion to Dismiss Case and for *In Rem* Relief as to Real Property Located at 911 Catalonia Ave., Miami, Florida 33134 [ECF No. 29] is **GRANTED** in part and **DENIED** in part.

2. The automatic stay is terminated as to Christiana to allow it to exercise all of its *in rem* rights as to the real property located at 911 Catalonia Ave., Miami, Florida 33134, described as follows:

> Lots 12, 13, 14, 15, and the East 20 feet of Lot 16, Block 29, SECOND REVISED PLAT OF CORAL GABLES COUNTRY CLUB SECTION PART 2, according to the Plat thereof, as recorded in Plat Book 32, at Page 63, of the Public Records of Miami-Dade County, Florida.

3. The co-debtor stay applicable to Gilberto Galceran shall be lifted in accordance with 11 U.S.C. § 1301(c) to allow Christiana to exercise its rights under the note and mortgage executed by Gilberto Galceran including, but not limited to, continuing the state court foreclosure action.

# # #

Submitted By:
Andrea S. Hartley, Esq.
Florida Bar No. 864234
Akerman LLP
Three Brickell City Centre
98 SE 7th Street
Suite 1100
Miami, FL  33131
Tel:  (305) 374-5600
Fax:  (205) 374-5095
Email:  andrea.hartley@akerman.com

*Attorneys for Christiana Trust, a division of*
*Wilmington Savings Fund Society, FSB, not in its*
*individual capacity,  but solely as separate trustee*
*for PennyMac Loan Trust 2010-NPLI*

Copies Furnished To:
Andrea S. Hartley, Esq.
[Attorney Andrea S. Hartley is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk.]