UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Maritza Caridad Galceran**   JOINT DEBTOR: _____   CASE NO.: **16-11659-RAM**
Last Four Digits of SS# **xxx-xx-5512**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **111.11**    for months  **01**  to  **60**  ;
    B.  $ _____     for months  ____   to  ____  ;
    C.  $ _____     for months  ____   to  ____  ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,500.00**    TOTAL PAID $ **3,500.00**
                 Balance Due    $ **NONE**        payable $ _____ /month  (Months ____ to ____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1.** _____   Arrearage on Petition Date   $ _____
    Address: _____   Arrears Payment $ _____ /month  (Months __ to __)
    Account No: _____   MMM Payment $ _____ /month  (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**       Total Due  $ _____
               Payable   $ _____ /month   (Months __ to __)   Regular Payment $ _____

 Unsecured Creditors: Pay $ __100.00__ month (Months __01__ to __60__);

The Debtor will modify the plan to increase the amounts to be paid to provide for 100% payment of allowed unsecured claims.

The Debtor shall make all contractual payments for (1928 SW 17th Court, Miami, Florida 33125) to Bank of America outside the Chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 **/s/ Maritza Caridad Galceran**
 **Maritza Caridad Galceran**
 Debtor

 Date:  **June 23, 2016**